JS 44
(Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## 1. (a) PLAINTIFFS

UNITED STATES OF AMERICA

**DEFENDANTS**

George L. Hite    B-01-087

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF_____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT__Cameron__
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

BENNETT, WESTON & LaJONE, P.C.
1750 VALLEY VIEW LANE, SUITE 120
DALLAS, TX 75234
214-691-1776

ATTORNEYS (IF KNOWN)

United States District Court
Southern District of Texas
FILED

MAY 2 9 2001

Michael N. Milby
Clerk of Court

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 U.S. Government
Plaintiff

☐ 2 U.S. Government
Defendant

☐ 3 Federal Question
(U S Government Not a Party)

☐ 4 Diversity
(indicate Citizenship of Parties
in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF
(For Diversity Cases Only)                                    AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC158 | ☐ 400 State Reapportionment |
| ☐ 120 Manne | ☐ 310 Airplane | ☐ 362 Personal Injury — | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 DrugRelatedSeizure | ☐ 423 Withdrawal | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury — | ofProperty21USC881 | 28 USC 157 | ☐ 450 Commerce/ICCRates/etc. |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | | | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 630 Liquor Laws | | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product Lbity | ☐ 640 R R. & Truck | **PROPERTY RIGHTS** | Corrupt Organizations |
| ☒ 152 Recovery of Defaulted | Liability | | ☐ 650 Airline Regs | ☐ 820 Copyrights | ☐ 810 Selective Service |
| Student Loans | ☐ 340 Manne | **PERSONAL PROPERTY** | ☐ 660 Occupational | ☐ 830 Patent | ☐ 850 Securities/Commodities/ |
| (Excl. Veterans) | ☐ 345 Manne Product | ☐ 370 Other Fraud | Safety/Health | ☐ 840 Trademark | Exchange |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 875 Customer Challenge |
| Of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | | | 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Pers. Injury | Product Liability | Act | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DWC/DWW (405(g)) | ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 864 SSID Title XVI | ☐ 895 Freedom of |
| ☐ 210 Land Condemnation | ☐ 441Voting | ☐ 510 Motions to Vacate | ☐ 730 Labor/Mgmt. Reporting | ☐ 865 RSI (405(g)) | Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | & Disclosure Act | | ☐ 900 Appeal/FeeDetermination |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | HABEAS CORPUS: | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | Under EqualAccessToJustice |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S.Plaintiff | ☐ 950 Constitutionality of |
| ☐ 245 Tort Product Liability | | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | or Defendant) | State Statutes |
| ☐ 290 All Other Real | ☐ 444 Welfare | ☐ 540 Mandamus & Other | | ☐ 871 IRS - Third Party | ☐ 890 Other Statutory Actions |
| Property | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. | 26 USC 7609 | |
| | | ☐ 555 Prison Condition | Security Act | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

Transferred from                                    Appeal to District
Judge from

☒ 1 Original
Proceeding

☐ 2 Removed from
State Court

☐ 3 Remanded from
Appellate Court

☐ 4 Reinstated or
Reopened

☐ 5 another district
(specify)

☐ 6 Multidistrict
Litigation

☐ 7 Magistrate
Judgment

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Recovery of defaulted student loan. 20 U.S.C. §1071 et seq.

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A CLASS ACTION
☐ UNDER F.R.C.P. 23

DEMAND $3,653.36

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ YES  ☒ NO

## VIII. RELATED CASE(S) (See instructions) :
IF ANY

JUDGE_____    DOCKET NUMBER_____

DATE  5/25/01

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT #_____  AMOUNT_____  APPLYING IFP_____  JUDGE_____  MAG JUDGE_____

CFAPDF - www.fastio.com

United States District Court
Southern District of Texas
FILED

MAY 2 9 2001

Michael N. Milby
Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| *versus* | § |
| | § |
| George L. Hite | § |

**B-01-087**

Civil Action _____

## Complaint

1.  *Jurisdiction.* The district court has jurisdiction because the United States is a party. *See* U.S. Const art. III, Section 2, and 28 U.S.C. § 1345.

2.  *Venue.* Defendant is a resident of Cameron County, Texas, and may be served with process at 1642 East Price Road, Suite 101 Brownsville, TX 78521.

3.  *The Debt.* The debt owed the United States is:

    A.  Current Principal:                              $2,333.25

    B.  Current interest                                $1,420.05

    C.  Administrative, fees, costs, penalties          $0.00

    D.  Balance due as of February 22, 2001             $3,653.36

    E.  Prejudgment interest accrues at 8.00% per annum, being $0.51 per day.

    F.  The current balance in 3A is after credits of $0.00

    G.  Attorney's fees of $1,000.00

    The certificate of indebtedness, attached as Exhibit A, shows the total owed, excluding attorney's fees and central intake facility charges. On the date of the certificate the principal and interest shown were correct after credits had been applied.

4.  *Failure to Pay.* Demand has been made on the defendant to pay the indebtedness, and the defendant has failed to pay it.

5.  *Prayer.* The United States prays for judgment for:

    A.  The sums in paragraph 3, plus prejudgment interest through the date of judgment, administrative costs, and post-judgment interest.

:

B.      Attorney's fees; and

C.      Other relief the court deems proper.

Respectfully submitted

BENNETT, WESTON & LaJONE, P.C.

By: _____

J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Charles I. Appler
Texas Bar No. 00788995
SD Tex. No. 23055
1750 Valley View Lane, Suite 120
Dallas, Texas  75234
Telephone: (214) 691-1776
FAX:   (214) 373-6810
Attorneys for the United States of America

# U. S. DEPARTMENT OF EDUCATION
# SAN FRANCISCO, CALIFORNIA

### CERTIFICATE OF INDEBTEDNESS

George L. Hite
1642 E. Price Rd., Suite 101
Brownsville, TX. 78521

SSN: 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

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 02/22/01.

On or about 09/12/86, the borrower executed promissory note(s) to secure loan(s) of $2,500.00 from Chase Bank of Texas, N.A. at 8.00 percent interest per annum. This loan obligation was guaranteed by Texas Guaranteed Student Loan Corporation then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et seq. (34 CFR. Part 682). The holder demanded payment according to the terms of the note(s), and credited $260.03 to the outstanding principal owed on the loan(s). The borrower defaulted on the obligation on 09/05/88, and the holder filed a claim on the guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $2,333.25 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. The guarantor attempted to collect the debt from the borrower. The guarantor was unable to collect the full amount due, and on 07/07/97, assigned its right and title to the loan(s) to the Department.

Since assignment of the loan, the Department has received a total of $0.00 in payments from all sources, including Treasury Department offsets, if any. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal: | $2,333.25 |
| Interest: | $1,420.05 |
| Administrative/Collection Costs: | $0.00 |
| Late fees | $0.00 |
| Total debt as of 02/22/01: | $3,753.30 |

Interest accrues on the principal shown here at the rate of $0.51 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: _3/5/01_        Name: _Joan Dyer_
                             Title:   LOAN ANALYST
                             Branch: LITIGATION BRANCH

EXHIBIT _A_