United States District Court
Southern District of Texas
ENTERED

JUN 0 6 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | **B-01-037** |
| *versus* | § | Civil Action _____ |
| | § | |
| George L. Hite | § | |

## Agreed Judgment

On the agreement of the parties, it is adjudged that the United States of America recover from George L. Hite:

A.   Principal of $3,653.36, plus

B.   Prejudgment interest from February 22, 2001, at $0.51 per day until the date of judgment, plus

C.   Attorney's fees of $550.00, and all costs of court, plus

D.   Post-judgment interest at __3.70__ % per annum.

Signed _June 6_____, 2001.

_____
United States District Judge

AGREED:

_____          _____
George L. Hite                     Attorney for the United States

STATE OF TEXAS §
COUNTY OF CAMERON §

This instrument was acknowledged before me on the ___18th___ day of
___MAY_____, 2001, by George L. Hite who stated to me that he/she signed the same for the purposes and considerations therein expressed.



_____
Notary Public - State of Texas

My Commission Expires:

_____

CARLOS DE LA RIVA
Notary Public, State of Texas
My Commission Expires
March 09, 2004